MARTIN J. LAWLER (CA SBN 77127)
MAXINE BAYLEY (DC BN 490710)
Lawler & Lawler
201 Filbert Street, Suite 400
San Francisco, California 94133
Telephone: (415) 391-2010
FAX: (415) 781-6181
Email: mlawler@aboutvisas.com
       mbayley@aboutvisas.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Soares da Silva | )<br>) |
| Plaintiff, | )<br>) Civil Case No. |
| vs. | )<br>) |
| | ) USCIS File Nos. A96 685 492 |
| Rosemary Melville, District Director<br>U.S. Citizenship & Immigration Services<br>San Francisco District Office | )          MSC-06-054-20886<br>)<br>)<br>) |
| Dr. Emilio T. Gonzalez, Director<br>U.S. Citizenship & Immigration Services, | )<br>) COMPLAINT FOR A WRIT IN THE<br>) NATURE OF MANDAMUS |
| Michael Chertoff, Secretary of the U.S.<br>Department of Homeland Security, | )<br>)<br>) |
| Robert Mueller, Director,<br>Federal Bureau of Investigation, | )<br>)<br>) |
| Defendants. | )<br>) |

This case is brought by Plaintiff to compel action on her application for lawful permanent resident status properly filed and pending with Defendants since November 22, 2005. Defendants have refused and failed to adjudicate this case to the extreme detriment of Plaintiff.

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
[-1-]

## PARTIES

1. Plaintiff Soares da Silva is a 67-year-old widow and citizen of Brazil. She is the beneficiary of an approved relative visa petition sponsored by her adult U.S. citizen son, and has an application for adjustment of status on file to become a permanent resident.

2. Defendant Rosemary Melville is the District Director of the San Francisco office of the U.S. Citizenship & Immigration Services ("USCIS"). She is charged by law with the obligation of adjudicating applications for permanent residence.

3. Defendant Emilio T. Gonzalez, Director of USCIS, is the officer who oversees the activities of USCIS. He is charged by law with the obligation of adjudicating applications for permanent residence.

4. Defendant Michael Chertoff, Secretary of the Department of Homeland Security, is the officer who oversees the activities of USCIS. He is charged by law with the obligation of adjudicating applications for permanent residence.

5. Defendant Robert Mueller, Director of the Federal Bureau of Investigation ("FBI"). The FBI is the agency currently charged with issuing an "FBI name check" for aliens for immigration benefits. The USCIS regularly attributes its delay to the FBI.

## JURISDICTION

6. Jurisdiction in this case is proper pursuant to 28 USC §§1331 and 1361 and 5 USC §§555(b) and 706(i).

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
[-2-]

## VENUE

7. Venue is proper in this court pursuant to 28 USC §1391(e), which provides that a civil action against an officer or employee of the United States or any agency of the United States may be brought in the judicial district where the defendant resides. Defendant Melville is a resident of the Northern District or California. The USCIS, DHS, and FBI are agencies operating within this district.

## EXHAUSTION OF REMEDIES

8. Plaintiff has exhausted her administrative remedies. Plaintiff has made an inquiry and requested her application be decided, to no avail.

## CAUSE OF ACTION

9. Plaintiff's Declaration detailing the facts presented here is attached as Exhibit A. Plaintiff is the beneficiary of an approved visa petition permitting her to apply for permanent resident status pursuant to 8 USC §1255(a).

10. Plaintiff filed an application for permanent residence with USCIS on November 22, 2005, pursuant to 8 USC §1255(a). The receipt for filing the application is attached as Exhibit B.

11. Plaintiff was fingerprinted on March 7, 2006 by Defendants. The fingerprint appointment notice is on Exhibit C.

12. On May 1, 2006, Plaintiff and her adult son were interviewed by USCIS in San Francisco. The interview notice is at Exhibit D. The Examiner told Plaintiff that her case was in order except for an FBI "clearance." She was given a form (Exhibit E) stating her case remains pending a "security" clearance.

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
[-3-]

13. Plaintiff's attorney made an inquiry into the status of her application in August 2006. USCIS response dated August 8, 2006 stated the case remains pending a "security" clearance. This letter is attached at Exhibit F.

14. Despite Plaintiff's eligibility for permanent residence, her application remains unadjudicated and it may remain undecided for years without the granting of this request to order Defendants to carry out their ministerial duty.

15. Defendants have had all the information required to obtain an FBI name check clearance for Plaintiff since her application was filed two years ago. Defendants' refusal to act is arbitrary, willful, unreasonable and prejudicial to Plaintiff.

16. Plaintiff has been and will continue to be damaged by Defendants' failure to act. Plaintiff is age 67 and has multiple medical problems (including heart, blood pressure, and arthritis). She is worried that if her adjustment application is not decided in the near future, her health will deteriorate to a point where she will be incapable of traveling one last time to Brazil to see her extended family. A letter (Exhibit G) from her doctor confirming her medical problems is attached. Plaintiff's ability to become a naturalized United States citizen is delayed by the Defendants' inaction. The statutory three-year requisite period as a permanent resident to apply for naturalization does not begin to accrue until Plaintiff's application for adjustment of status to permanent resident is granted. Plaintiff wants to be securely settled in the United States.

17. In violation of the Administrative Procedures Act, Defendants are unreasonably delaying and unlawfully withholding action on Plaintiff's application. The delay is also contrary to Congressional intent. Defendants' failure to perform their legal duty has forced Plaintiff to hire an attorney to bring this action.

## RELIEF REQUESTED

18. Plaintiff respectfully prays that this Court orders Defendants to perform their duty to complete the FBI name check and decide her application for permanent resident status, award Plaintiff reasonable attorney's fees, and grant such other relief at law and in equity as justice may require.

DATED: October 19, 2007

Respectfully submitted,

_____
MARTIN J. LAWLER

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
[-5-]