1

2

3

**Declaration of Maria Soares da Silva**

I, Maria Auxiliadora Soares da Silva, being duly sworn, do state and declare as follows:

5   1. My name is Maria Auxiliadora Soares da Silva. My address is 1005 Via Elisabetta Ct.,
6   Petaluma, California. I am a citizen of Brazil. I make this Declaration in support of an action for
7   mandamus by which I hope to obtain an order instructing the government to complete my FBI
8   name check and decide my application.

9   2. On November 22, 2005, I applied to adjust my status to permanent resident with U.S.
10   Citizenship and Immigration Services ("USCIS") based on the petition by my U.S. citizen son.
11   My case remains pending for an FBI name check to be completed.

12   3. My son and I were interviewed by a USCIS officer on May 1, 2006. The examiner said
13   my case was in order except for the FBI name check.

14   4. As instructed by USCIS, I had my fingerprints taken at the Application Support Center
15   on March 7, 2006 so that my background check could be completed. The officer stamped my
16   adjustment filing receipt.

17   5. My attorney, Martin J. Lawler's office has made inquiries of USCIS about why my case
18   has not been approved. The USCIS response dated August 8, 2006 states the case remains
19   pending for a "security" clearance.

20   6. I am very worried about my permanent resident application because it has been pending
21   for so long. I have done everything asked of me by USCIS. I gave my fingerprints as requested
22   for my permanent resident application. I have attended an interview and provided all
23   documentation USCIS has asked for. I also have followed up with USCIS on my application. I
24   have been most patient giving the government more than adequate time to decide my application.

25   7. I am age 67 and have many health problems which will soon make it impossible for me
26   to travel to my home country Brazil. I have a heart problem, high blood pressure and arthritis. I
27   take medications daily. If my green card is not approved relatively soon my health will have

28

DECLARATION OF MARIA SOARES DA SILVA
Page 1

1  deteriorated preventing me to take the long plane trip to Brazil. It is my dream to see my
2  relatives in Brazil one last time before I die. I worry everyday this will not be possible.

3     8. I want to be granted permanent resident status as soon as possible so that I can begin the
4  process of becoming a U.S. citizen. I understand that I can apply for citizenship five years after I
5  adjust my status. I am frustrated that all this time has passed and it is not counting toward my
6  citizenship. I want to be fully settled here. I want to be able to vote in future elections, have a
7  U.S. passport, and be able to travel. My lack of permanent resident status is emotionally very
8  stressful for me.

9     9. I ask this Court to order the government to complete the FBI name check and decide my
10 case.

11 This Declaration has been read to me in Portuguese by my son Stanley Costa.

12 Everything in this declaration is true and correct.

13

14

15 October 18, 2007

16 Date         Maria Soares da Silva

17

18

19

20

21

22

23

24

25

26

27

28