Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

**THE UNITED STATES OF AMERICA**

| Receipt Number: MSC-06-056-20886 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|
| Received Date: November 22, 2005 | Priority Date: | Applicant: A096685492 SOARES DA SILVA, MARIA |
| Notice Date: November 29, 2005 | Page 1 OF 1 | ASC Code: 3 |

MARTIN LAWLER
201 FILBERT ST STE 400
SAN FRANCISCO CA 94133

Notice Type:    Receipt Notice

Amount Received:    $395.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

