Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>MSC0605620886 | | NOTICE DATE<br>2/7/2006 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A096685492 | CODE<br>3 |
| | TCR | SERVICE CENTER<br>MSC | PAGE<br>1 of 1 |

MARIA SOARES DA SILVA
c/o MARTIN LAWLER

201 FILBERT ST STE 400
SAN FRANCISCO, CA 94133-



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SANTA ROSA | 03/07/2006 |
| 1401 GUERNEVILLE RD | 10:00 AM |
| SUITE 100 | |
| SANTA ROSA, CA 95403 | |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER 1
I485         - MSC0605620886



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*