U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

MARIA AUXILIADORA SOARES    A 96 685 492                                    E-11(X)
DA SILVA

                              x HAND-DELIVERED to applicant        5/1/2006
Copy to: Anna Hysell, Esq.

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.

☐ Visa Availability    ☐ Fingerprints    ☒ Security Clearance(s)    ☐ A-file(s)    ☐ Further Review
☐ Documentation (listed below)    ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:


You are advised that you are granted a period of ninety (90) days from the date of this letter to submit the requested documents. Please note that you may submit the documents at any time prior to that 90-day deadline. You may submit the documents in person by scheduling an Infopass appointment via the Internet at our web address http://infopass.uscis.gov/ or you may mail the documents to the following address:

Citizenship and Immigration Service
630 Sansome Street, AOS Unit
San Francisco, CA 94111

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR DENIAL OF YOUR APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc: