

Department of Homeland Security
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## USCIS INQUIRY RESPONSE

DATE: 8/8/2006

TO: Martin J. Lawler
File Number: Maria Auxiliadora Soares da Silva (A#96685492)

COMMENTS: Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.