**The Permanente Medical Group, Inc.**
Internal Medicine
3900 Lakeville Hwy
Petaluma, CA 94954-5698
Main: 707-765-3900

---

October 8, 2007

Maria A Silva
1005 Via Elisabetta Ct
Petaluma, CA 94954-7483

Dear Ms. Silva,

At the request of your attorney I am providing this letter.

You have been my patient for years. You are a 67 y old female with a number of chronic health problems, I am providing a list below. Your arthritis and difficulty walking and bending over makes the activities of daily living a real challenge. Your depression has always been a significant factor. I am aware that you find that your overall health condition is worsening.

Patient Active Problem List:
HX OF MYOCARDIAL INFARCTION (MI), >8 WEEKS
ASTHMA
HX OF PERCUTANEOUS TRANSLUMINAL CORONARY ANGIOPLASTY
HYPERLIPIDEMIA
STROKE
HYPERTENSION
RADICULITIS/RADICULOPATHY, CERVICAL SPINE.
RADICULITIS/RADICULOPATHY, LUMBOSACRAL SPINE.
DEGENERATION OF CERVICAL INTERVERTEBRAL DISC
CORONARY ARTERY DISEASE (CAD).
CHRONIC PAIN SYNDROME
HX OF ARTHROSCOPY, KNEE
LEFT BUNDLE BRANCH BLOCK
ARTHRITIS, KNEE, DEGENERATIVE.
PHASE POPULATION MANAGEMENT PROGRAM
ANNUAL HEALTH EXAM, ADULT

LOW BACK PAIN
OSTEOARTHRITIS OF SHOULDER REGION
ABNL FINDING ON ECHOCARDIOGRAM
TREADMILL STRESS TEST NEGATIVE FOR ANGINA PECTORIS.
MITRAL VALVE REGURGITATION
TRICUSPID VALVE REGURGITATION
BLINDNESS, UNILATERAL
FATIGUE


Sincerely,

STEPHEN A. WEISS MD