MARTIN J. LAWLER (CA BN 77127)
MAXINE BAYLEY (DC 490710)
Lawler & Lawler
201 Filbert Street, Suite 400
San Francisco, California 94133
Telephone: (415) 391-2010
FAX: (415) 781-6181
Email: mlawler@aboutvisas.com
       mbayley@aboutvisas.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Soares da Silva ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Rosemary Melville, District Director ) <br> U.S. Citizenship & Immigration Services ) <br> San Francisco District Office ) <br> ) <br> Dr. Emilio T. Gonzalez, Director ) <br> U.S. Citizenship & Immigration Services, ) <br> ) <br> Michael Chertoff, Secretary of the U.S. ) <br> Department of Homeland Security, ) <br> ) <br> Robert Mueller, Director, ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendants. ) | Civil Case No. <br><br> USCIS File Nos. A96 685 492 <br> MSC-06-054-20886 <br><br> CERTIFICATE OF INTERESTED <br> ENTITIES OR PERSONS |

    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than named parties, there is no such interest to report.

Respectfully submitted,

*[signature]*

MARTIN J. LAWLER

DATED: October 19, 2007

Certificate of Interested Entities or Persons
Page 1