AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other *(specify):*

> Summons were served with copies of the complaint and all initiating documents by certified mail, postage prepaid on October 28, 2007 go to the following: Edward Olsen, AUSA, 450 Golden Gate Ave. Box 36055 San Francisco, CA 94102; US Attorney General, USDOJ 950 Pennsylvania Ave, NW Washington, DC 20530; Rosemary Melville, Director, USCIS San Francisco District Office 630 Sansome St. San Francisco, CA 94111; Emilio T. Gonzalez, Direc Director, USCIS 20 Massachuesetts Ave., NW Washington, DC 20529; Michael Chertoff, Director USDHS Washington, DC 20528; Robert Mueller, Director, FBI J. Edgar Hoover Building 935 Pennsylvania Ave., NW Washington, DC 20535

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/8/07___
              *Date*

_____
*Signature of Server*

LAWLER & LAWLE~
201 Filbert Street, Suite ~
San Francisco, CA ~
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure