SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SOARES DA SILVA, | ) |
|     Plaintiff, | ) No. C 07-5375 WHA |
|     v. | ) **ANSWER** |
| ROSEMARY MELVILLE, District Director U.S. Citizenship and Immigration Services San Francisco District Office; EMILIO T. GONZALEZ, Director U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; ROBERT MUELLER, Director, Federal Bureau of Investigation, | ) |
|     Defendants. | ) |

    Defendants hereby submit their answer to Plaintiff's Complaint for a Writ in the Nature of Mandamus.

    The first unnumbered paragraph consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiff's application to her detriment.

ANSWER
C07-5375 WHA                            1

**PARTIES**

1. Defendants admit the allegations in Paragraph One with the exception that according to the information Plaintiff provided on her G-325 and I-485 application, she listed her marital status as "divorced."

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

**JURISDICTION**

6. Paragraph Six consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**VENUE**

7. Paragraph Seven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

**EXHAUSTION OF REMEDIES**

8. Defendants deny the allegations in Paragraph Eight.

**CAUSE OF ACTION**

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants admit the first sentence in Paragraph Fifteen; however, Defendants deny the remaining allegations in this paragraph.

16. Defendants admit the allegations regarding the statutory three-year requisite; however,

Defendants deny the remaining allegations in this paragraph.

17. Defendants deny the allegations in Paragraph Seventeen.

## RELIEF REQUESTED

18. Paragraph Eighteen consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: December 27, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-5375 WHA                              3