| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARIA SOARES DA SILVA, | ) | No. C 07-5375 WHA |
| Plaintiff, | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| ROSEMARY MELVILLE, District Director<br>U.S. Citizenship and Immigration Services<br>San Francisco District Office;<br>EMILIO T. GONZALEZ, Director<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Department of Homeland Security;<br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigation, | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate

Parties' Request for ADR Exemption
C07-5375 WHA                                     1

the application for adjustment of status.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 10, 2008                      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: January 10, 2008                      /s/
MARTIN LAWLER, ESQ.
LAWLER & LAWLER
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:

WILLIAM H. ALSUP
United States District Judge

Parties' Request for ADR Exemption
C07-5375 WHA                      2