1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 MARIA SOARES DA SILVA,              )
                                       ) No. C 07-5375 WHA
13              Plaintiff,             )
                                       )
14         v.                          ) **STIPULATION TO EXTEND DATES;**
                                       ) **and [PROPOSED] ORDER**
15 ROSEMARY MELVILLE, District Director)
   U.S. Citizenship and Immigration Services)
16 San Francisco District Office;      )
   EMILIO T. GONZALEZ, Director        )
17 U.S. Citizenship and Immigration Services;)
   MICHAEL CHERTOFF, Secretary of the  )
18 U.S. Department of Homeland Security;)
   ROBERT MUELLER, Director,           )
19 Federal Bureau of Investigation,    )
                                       )
20              Defendants.            )
                                       )
21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff filed this action on or about October 22, 2007. Defendants' Answer was filed on

25 December 28, 2007.

26     2. Pursuant to this Court's October 2007 Order Setting Initial Case Management Conference,

27 the parties are required to file a joint case management statement on January 24, 2008, and attend

28 a case management conference on January 31, 2008.

Stipulation to Extend Dates
C07-5375 WHA                           1

3. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or prepare a joint case management statement, the parties hereby respectfully ask this Court to briefly extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   February 28, 2007

Case Management Conference:   March 6, 2008 at 11:00 a.m.

Date: January 23, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendant

Date: January 23, 2008    _____/s/_____
MARTIN J. LAWLER
Attorney for Plaintiff

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____
WILLIAM ALSUP
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Extend Dates
C07-5375 WHA        2