JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SOARES DA SILVA, <br><br> Plaintiff, <br><br> v. <br><br> ROSEMARY MELVILLE, District Director U.S. Citizenship and Immigration Services San Francisco District Office; <br> EMILIO T. GONZALEZ, Director U.S. Citizenship and Immigration Services; <br> MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; <br> ROBERT MUELLER, Director, Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-5375 WHA <br><br> **STIPULATION TO EXTEND DATES; and [~~PROPOSED~~] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 22, 2007. Defendants' Answer was filed on December 28, 2007.

2. Pursuant to this Court's October 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on January 24, 2008, and attend a case management conference on January 31, 2008.

Stipulation to Extend Dates
C07-5375 WHA                    1

3. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or prepare a joint case management statement, the parties hereby respectfully ask this Court to briefly extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement: February 28, 2007

Case Management Conference: March 6, 2008 at 11:00 a.m.

Date: January 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendant

Date: January 23, 2008

_____/s/_____
MARTIN J. LAWLER
Attorney for Plaintiff

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: January 28, 2008.

IT IS SO ORDERED
Judge William Alsup

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Extend Dates
C07-5375 WHA 2