| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169

7
    Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | MARIA SOARES DA SILVA, | ) |
| | | ) No. C 07-5375 WHA |
| 13 | Plaintiff, | ) |
| | | ) |
| 14 | v. | ) **STIPULATION TO DISMISS AND** |
| | | ) **[PROPOSED] ORDER** |
| 15 | ROSEMARY MELVILLE, District Director | ) |
| | U.S. Citizenship and Immigration Services | ) |
| 16 | San Francisco District Office; | ) |
| | EMILIO T. GONZALEZ, Director | ) |
| 17 | U.S. Citizenship and Immigration Services; | ) |
| | MICHAEL CHERTOFF, Secretary of the | ) |
| 18 | U.S. Department of Homeland Security; | ) |
| | ROBERT MUELLER, Director, | ) |
| 19 | Federal Bureau of Investigation, | ) |
| | | ) |
| 20 | Defendants. | ) |
| | | ) |

21

22      Plaintiff, by and through her attorney of record, and Defendants by and through their attorney

23   of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24   of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25   ///

26   ///

27   ///

28

Stipulated Dismissal
C07-5375 WHA                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: February 12, 2008                              Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

9 | _____/s/_____
Date: February 12, 2008                              MARTIN J. LAWLER
MAXINE BAYLEY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
WILLIAM ALSUP
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulated Dismissal
C07-5375 WHA                                         2