JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SOARES DA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSEMARY MELVILLE, District Director<br>U.S. Citizenship and Immigration Services<br>San Francisco District Office;<br>EMILIO T. GONZALEZ, Director<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Department of Homeland Security;<br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-5375 WHA<br><br>**STIPULATION TO DISMISS AND**<br>**[PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulated Dismissal
C07-5375 WHA                                            1

Each of the parties shall bear their own costs and fees.

Date: February 12, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: February 12, 2008

/s/
MARTIN J. LAWLER
MAXINE BAYLEY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 13, 2008.

WILLIAM ALSUP
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.